THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ANN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-1812-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 20). No objections to the Report and Recommendation have been filed. The Court, after careful consideration of the plaintiff's complaint, the parties' briefing papers, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this order to the parties and to

ORDER
PAGE - 1

1      Judge Donohue.

2   DATED this 20th day of September 2013.

 

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2